Kirk L. Brett
DUVAL & STACHENFELD LLP
300 East 42nd Street, Third Floor
New York, New York 10017
Telephone: (212) 883-1700
*Counsel for Palladin Overseas Fund Ltd., Halifax*
*Fund, L.P., Palladin Partners I, L.P., Hatteras*
*Partners, L.P., and Spectrum Investment Partners, LP*

David Parker
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
551 Fifth Avenue
New York, New York 10176
Telephone: (212) 986-6000
*Counsel to Elliott International, L.P. and Elliott*
*Associates, L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re:                                             :    Chapter 11
                                                   :
                                                   :
APPLIEDTHEORY CORPORATION et al.,                  :    Case Nos.  02-11868 (REG)
                                                   :    through 02-11874 (REG)
                                                   :
                    Debtors.                       :    (Jointly Administered)
---------------------------------------------------------- x

## NOTICE OF APPEAL

Palladin Overseas Fund Ltd., Halifax Fund, L.P., Palladin Partners I, L.P., Hatteras Partners, L.P., Spectrum Investment Partners, LP, Elliott International, L.P. and Elliott Associates, L.P., parties-in-interest in the above-captioned case, appeal pursuant to 28 U.S.C. §158(a) to the United States District Court for the Southern District of New York from the Bankruptcy Court's Bench Decision and Order on Chapter 11 Trustee's Motion, Pursuant to Fed.R.Bankr.P. 9019, for Approval of Settlement with Lenders [Docket No. 678] entered in this case on April 24, 2008.

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

1. Yann, Geron, Chapter 11 Trustee of AppliedTheory Corporation et al.

    Counsel:   Yann Geron, Esq.
               Fred Stevens, Esq.
               FOX ROTHSCHILD LLP
               100 Park Avenue, 15th Floor
               New York, New York 10017
               Telephone: (212) 878-7900

2. The Official Committee of Unsecured Creditors of AppliedTheory Corporation

    Counsel:   Andrew I. Silfen, Esq.
               Leah M. Eisenberg, Esq.
               ARENT FOX LLP
               1675 Broadway
               New York, New York 10019
               Telephone: (212) 484-390

Dated: New York, New York
       May 2, 2008

                DUVAL & STACHENFELD LLP
                Counsel for Palladin Overseas Fund Ltd., Halifax Fund, L.P., Palladin Partners I, L.P., Hatteras Partners, L.P., and Spectrum Investment Partners, LP

                By:     /s/ Kirk L. Brett
                      Kirk L. Brett (KB-1288)
                300 East 42nd Street, Third Floor
                New York, New York 10017
                Telephone: (212) 883-1700

                KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
                Counsel to Elliott International, L.P. and Elliott Associates, L.P.

                By:     /s/ David Parker
                      David Parker (DP-1075)
                551 Fifth Avenue
                New York, New York  10176
                Telephone: (212) 986-6000

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he has served a true and correct copy of the foregoing Notice of Appeal upon all parties listed below via United States First Class Mail, postage prepaid, on the 2nd day of May, 2008, in accordance with the Federal Rules of Bankruptcy Procedure.

/s/ Kirk L. Brett
Kirk L. Brett

FOX ROTHSCHILD LLP
Counsel for the Chapter 11 Trustee
Yann Geron
Fred Stevens
100 Park Avenue, 15th Floor
New York, New York 10017

ARENT FOX LLP
Counsel for the Official Committee of Unsecured Creditors
Andrew I. Silfen
Leah M. Eisenberg
1675 Broadway
New York, New York 10019