Kirk L. Brett
DUVAL & STACHENFELD LLP
300 East 42nd Street, Third Floor
New York, New York 10017
Telephone: (212) 883-1700
*Counsel for Palladin Overseas Fund Ltd., Halifax
Fund, L.P., Palladin Partners I, L.P., Hatteras
Partners, L.P., and Spectrum Investment Partners, LP*

David Parker
KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
551 Fifth Avenue
New York, New York 10176
Telephone: (212) 986-6000
*Counsel to Elliott International, L.P. and Elliott
Associates, L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | |
| APPLIEDTHEORY CORPORATION et al., | : | Case Nos.  02-11868 (REG) |
| | : | through 02-11874 (REG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------- x

### APPELLANTS' DESIGNATION OF RECORD ON APPEAL
### AND STATEMENT OF ISSUES TO BE PRESENTED

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Palladin Overseas

Fund Ltd., Halifax Fund, L.P., Palladin Partners I, L.P., Hatteras Partners, L.P., Spectrum

Investment Partners, LP, Elliott International, L.P. and Elliott Associates, L.P. (collectively,

"Appellants"), by and through their undersigned counsel, hereby provide their (i) designation of

items to be included in the record on appeal and (ii) statement of issues to be presented on appeal

in connection with this Court's Bench Decision and Order on Chapter 11 Trustee's Motion,

Pursuant to Fed.R.Bankr.P. 9019, for Approval of Settlement with Lenders [Docket No. 678] entered in this case on April 24, 2008.

## A.      Designation of Record

| Date | Docket No.[1] | Description[2] |
|------|---------------|----------------|
| 4/18/2002 | 5 | Application for an Order Authorizing Use of Cash Collateral |
| 4/19/2002 | 15 | Emergency Order Authorizing Debtors to Use Cash Collateral and Granting Related Relief |
| 4/23/2002 | 32 | Debtors' Motion Seeking the Entry of Orders: (i) Authorizing the Sale of the Internet Access Business Assets of the Debtors Free and Clear of All Liens, Claims and Encumbrances; (ii) Authorizing the Debtors to Sell Such Assets to Fastnet Acquisition Corp., Inc., a Subsidiary of Fastnet Corporation, or Any Higher or Better Bidder Pursuant to the Terms of an Asset Purchase Agreement Dated April 17, 2002; (iii) Approving a Break-Up Fee and Certain Bidding Procedures; (iv) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, (v) Scheduling Hearing(s) and Approving Notice Related Thereto; and (vi) Granting Related Relief |
| 4/23/2002 | 37 | Debtors' Motion Seeking the Entry of Orders; (i) Authorizing the Sale of the Web Hosting and Internet Solutions Assets of the Debtors Free and Clear of All Liens, Claims and Encumbrance; (ii) Authorizing the Debtors to Sell Such Assets to Clearblue Technologies Management, Inc., a Subsidiary of Clearblue Technologies, or Any Higher or Better Bidder Pursuant to the Terms of an Asset Purchase Agreement Dated April 17, 2002; (iii) Approving a Break-Up Fee and Certain Bidding Procedures; (iv) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith; (v) Scheduling Hearing(s) and Approving Notice Related Thereto; and (vi) Granting Related Relief |

---

[1]      Documents that were not assigned a docket number are attached as exhibits.

[2]      Each document identified shall include all exhibits, schedules or attachments thereto.

| 4/24/2002 | 61 | Stipulation for Continued Use of Cash Collateral |
|---|---|---|
| 5/1/2002 | 65 | Stipulation for Further Continued Use of Cash Collateral |
| 5/17/2002 | 108 | Third Stipulation for Continued Use of Cash Collateral |
| 5/17/2002 | 109 | Fourth Stipulation for Continued Use of Cash Collateral |
| 5/31/2002 | 136 | Order Pursuant to 11 U.S.C. §§ 105, 363 and 365 (a) Approving Sale of Debtors' Internet Access Business Assets to Fastnet Acquisition Corp. Free and Clear of Claims; (b) Authorizing Assumption and Assignemtn to Purchaser of Certain Exectuory Agreements; and (c) Barring and Prohibiting Excluded Claims Against the Purchaser |
| 6/12/2002 | 145 | Order Authorizing (A) the Proposed Sale of the Debtors' Assets Used or Useful in the Operation of their Web Hosting and Internet Solutions Business (B) Assumption and Assignment of Certain of the Debtors' Executory Contracts, All Free and Clear of Liens, Claims, Encumbrances and Other Interests Pursuant to an Asset Purchase Agreement, as Amended, with Clearblue Technologies Management, Inc. |
| 6/28/2002 | 159 | Fifth Stipulation for Continued Use of Cash Collateral |
| 7/18/2002 | 170 | Sixth Stipulation for Continued Use of Cash Collateral |
| 10/23/2002 | 213 | Seventh Stipulation for Continued Use of Cash Collateral |
| 11/13/2002 | 224 | Eighth Stipulation for Continued Use of Cash Collateral |
| 6/3/2003 | 348 | Ninth Stipulation for Continued Use of Cash Collateral |
| 1/17/2006 | 586 | Trustee's Motion for an Order (i) Authorizing and Approving a Stipulation Settling and Compromising all Claims Between the Debtors' Estates and the Secured Creditors, (ii) Authorizing the Distribution in Respect of the Secured Creditors' Allowed Claims, and |

| | | (iii) Authorizing Dismissal of the Debtors' Chapter 11 Cases |
|---|---|---|
| 3/3/2006 | 594 | Expedited Application Pursuant to Bankruptcy Code Sections 105, 328 and 1103(A) and Bankruptcy Rule 2014 For Authorization to Employ and Retain Traxi LLC As Expert and Advisor For the Official Committee of Unsecured Creditors Nunc Pro Tunc to March 1, 2006, to Approve and Direct Payment of Post-Petition Retainer and to Pay Such Fees and Expenses Out of the Unencumbered Assets of These Estates As A Super-Priority Administrative Expense Claim |
| 3/8/2006 | 600 | Lenders' Objection to the Application of the Official Committee of Unsecured Creditors For, Inter Alia, Authority to Retain Traxi LLC As Expert and Advisor |
| 3/8/2006 | 601 | Trustee's Objection to the Official Committee of Unsecured Creditors Application to Retain Traxi LLC As Its Expert and Advisor |
| 3/16/2006 | 603 | Notice of Settlement of Order Denying the Application of the Official Committee of Unsecured Creditors to Retain Traxi LLC As Its Expert and Advisor and For Related Relief |
| 3/16/2006 | 604 | Transcript of Hearing Held On March 10, 2006 |
| 3/20/2006 | 606 | Initial Objection of the Official Committee of Unsecured Creditors to Trustees Motion for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, (i) Authorizing and Approving Stipulation Settling and Compromising Claims Between the Debtor's Estates and Secured Creditors, (ii) Authorizing Distribution in Respect of Secured Creditors' Allowed Claims and (iii) Authorizing Dismissal of the Debtors' Chapter 11 Cases; Cross Motion for Derivative Authority and Standing and Request to Continue Settlement Hearing Until the Issues Raised by the Committee Have Been Satisfactorily Addressed |
| 3/29/2006 | 608 | Order Denying the Application of the Official Committee of Unsecured Creditors to Retain Traxi LLC As Its Expert and Advisor and For Related Relief |
| 5/5/2006 | 611 | Motion of the Official Committee of Unsecured Creditors for an Order Striking the Report of Yann Geron, Chapter 11 Trustee of the Estate |

| | | | |
|---|---|---|---|
| | | | of AppliedTheory Corporation, et al., Debtors, Concerning His Review and Determination of Certain Alleged Estate Claims, and Substantive References thereto, as a Basis for Approving the Trustee's Motion for an Order Authorizing and Approving a Stipulation Settling and Compromising All Claims Between the Debtors' Estates and the Secured Creditors, Authorizing the Distribution in Respect of the Secured Creditors' Allowed Claims and Authorizing the Dismissal of the Debtors' Chapter 11 Cases |
| 6/7/2006 | 617 | | Trustee's Objection to the Official Committee of Unsecured Creditors Motion for an Order Striking the Trustee's August 3, 2004 Report as a Basis for Approving Trustee's Settlement with the Estate's Secured Creditors |
| 6/7/2006 | 618 | | Trustee's Statement in Further Support of his Motion to Approve (i) a Settlement with the Secured Lenders, (ii) Distributions in Respect of the Secured Lenders' Claims, and (iii) Dismissal of these Cases, and in Reply to the Objection Filed by the Official Committee of Unsecured Creditors |
| 6/21/2006 | 623 | | Supplement to Objection of the Committee of Unsecured Creditors to Trustee's Settlement Motion and Response to Trustee's Statement in Further Support of Settlement Motion |
| 6/27/2006 | 625 | | Notice of Settlement of Order Granting the Motion of the Official Committee of Unsecured Creditors for an Order Striking the Report of Yann Geron, Chapter 11 Trustee of the Estate of AppliedTheory Corporation, Et Al., Debtors, Concerning His Review And Determination of Certain Alleged Estate Claims, And Substantive References thereto, as a Basis for Approving the Trustee's Motion for An Order Authorizing And Approving a Stipulation Settling And Compromising All Claims Between the Debtors' Estates And the Secured Creditors, Authorizing the Distribution In Respect of the Secured Creditors' Allowed Claims and Authorizing the Dismissal of the Debtors' Chapter 11 Cases |
| 6/27/2006 | 633 | | Transcript of Hearing Held on June 22, 2006 RE: Trustee's Motion to Approve Stipulations Settling All Claims Between Debtor and the Secured Lenders and Dismissal of the Debtors Chapter 11 Cases |
| 6/28/2006 | 626 | | Corrected and Amended Initial Objection of the Official Committee of Unsecured Creditors to Trustee's Motion for an Order pursuant to |

| | | Rule 9019 of the Federal Rules of Bankruptcy Procedure, (i) Authorizing and Approving Stipulation Settling and Compromising All Claims Between the Debtors' Estates and Secured Creditors, (ii) Authorizing Distribution in Respect of Secured Creditor's Allowed Claims and (iii) Authorizing Dismissal of the Debtors' Chapter 11 Cases; Cross Motion for Derivative Authority and Standing and Request to Continue Settlement Hearing Until the Issues Raised by the Committee Have Been Satisfactorily Addressed |
|---|---|---|
| 6/28/2006 | 627 | Notice of Filing of and Statement With Respect to Corrected and Amended Initial Objection of the Official Committee of Unsecured Creditors to Trustee's Motion for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, (i) Authorizing and Approving Stipulation Settling and Compromising All Claims Between the Debtors' Estates and Secured Creditors, (ii) Authorizing Distribution in Respect of Secured Creditors' Allowed Claims and (iii) Authorizing Dismissal of the Debtors' Chapter 11 Cases; Cross Motion for Derivative Authority and Standing and Request to Continue Settlement Hearing Until the Issues Raised by the Committee Have Been Satisfactorily Addressed |
| 6/29/2006 | 629 | Letter from the Trustee to the Bankruptcy Court with So Ordered Memorandum Endorsement |
| 7/5/2006 | 630 | Secured Creditors' Objection to the Proposed Form of Order Concerning the Motion of the Official Committee of Unsecured Creditors for an Order Striking the Report of the Chapter 11 Trustee |
| 7/5/2006 | 631 | Trustee's Joinder to Lenders' Objection to the Official Committee of Unsecured Creditor's Proposed Order Granting/Denying its Motion to Strike the Trustee's Report |
| 7/6/2006 | 632 | Order Granting In Part And Denying In Part the Motion of the Official Committee of Unsecured Creditors for An Order Striking the Report of Yann Geron, Chapter 11 Trustee of the Estate of AppliedTheory Corporation, et al., Debtors, Concerning His Review and Determination of Certain Alleged Estate Claims, and Substantive References thereto, as a Basis for Approving the Trustee's Motion for An Order Authorizing And Approving a Stipulation Settling And Compromising All Claims Between the Debtors' Estates and the Secured Creditors, Authorizing the Distribution in Respect of the Secured Creditors' Allowed Claims and Authorizing the Dismissal of |

| | | |
|---|---|---|
| | | the Debtors' Chapter 11 Cases |
| 11/14/2006 | 640 | Affidavit of Yann Geron in Support of Trustee's Motion for an Order (i) Authorizing and Approving a Stipulation Settling and Compromising all Claims Between the Debtors' estates and the Secured Creditors, (ii) Authorizing the Distribution in Respect of the Secured Creditors' Claims, and (iii) Authorizing Dismissal of the Secured Creditors' Claims, and (iii) Authorizing Dismissal of the Debtors' Chapter 11 Cases |
| 11/14/2006 | 641 | Evidentiary Submissions Referenced in Affidavit of Yann Geron in Support of Trustee's Motion for an Order (i) Authorizing and Approving a Stipulation Settling and Compromising all Claims Between the Debtors' Estates and the Secured Creditors, (ii) Authorizing the Distribution in Respect of the Secured Creditors' Claims, and (iii) Authorizing Dismissal of the Debtors' Chapter 11 Cases |
| 11/14/2006 | 643 | Affidavit of Maurice Hryshko Concerning Perfection of the Lenders' Security Interests in Proceeds of Red Hat, Inc. Stock |
| 11/17/2006 | 644 | Supplemental Objection of the Official Committee of Unsecured Creditors to Trustee's Motion for an Order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, (i) Authorizing and Approving Stipulation Settling and Compromising All Claims Between the Debtors' Estates and Secured Creditors, and (ii) Authorizing Distribution in Respect of Secured Creditor's Allowed Claims |
| 11/20/2006 | 645 | Committee Exhibit List (Volumes 1 through 5) |
| 11/20/2006 | N/A | Chart (Document 16 in Committee Exhibit List) (**Exhibit A**) |
| 11/20/2006 | N/A | Chart (Document 70 in Committee Exhibit List) (**Exhibit B**) |
| 11/20/2006 | N/A | Chart (Document 88 in Committee Exhibit List) (**Exhibit C**) |
| 11/20/2006 | N/A | Chart (Document 93 in Committee Exhibit List) (**Exhibit D**) |

| 3/21/2007 | 654 | Transcript of Hearing Held on November 21, 2006 |
|---|---|---|
| 7/10/2007 | 660 | Letter to the Court concerning recent decision of the U.S. Court of Appeals for the Second Circuit |
| 8/14/2007 | N/A | Letter from Committee Counsel to the Bankruptcy Court Concerning Second Circuit Court of Appeals Decision (**Exhibit E**) |
| 8/16/2007 | 664 | Letter from Elliott Lenders' Counsel with Memorandum Endorsement by the Bankruptcy Court |
| 8/23/2007 | N/A | Letter from Lenders' Counsel to the Bankruptcy Court Concerning August 14, 2007 Letter from Committee Counsel (**Exhibit F**) |
| 4/24/2008 | 678 | Bench Decision and Order on Chapter 11 Trustee's Motion Pursuant to FED.R.BANKR.P 9019, for Approval Settlement with Lenders |
| 5/2/2008 | 681 | Notice of Appeal |
| 8/30/2002 | 191 | Monthly Operating Report for the Month of April, 2002 |
| 6/4/2003 | 320 | Monthly Operating Report for the Month of May, 2002 (Amended) |
| 9/4/2002 | 193 | Monthly Operating Report for the Month of June, 2002 |
| 12/05/2002 | 227 | Monthly Operating Report for the Month of July, 2002 (Amended) |
| 2/4/2003 | 244 | Monthly Operating Report for the Month of August, 2002 |
| 2/4/2003 | 245 | Monthly Operating Report for the Month of September, 2002 |
| 2/4/2003 | 246 | Monthly Operating Report for the Month of October, 2002 |

| 3/11/2003 | 261 | Monthly Operating Report for the Month of November, 2002 |
|-----------|-----|----------------------------------------------------------|
| 3/11/2003 | 262 | Monthly Operating Report for the Month of December, 2002 |
| 5/12/2003 | 297 | Monthly Operating Report for the Month of January, 2003 |
| 5/12/2003 | 298 | Monthly Operating Report for the Month of February, 2003 |
| 6/04/2003 | 321 | Monthly Operating Report for the Month of March, 2003 |
| 8/11/2003 | 375 | Monthly Operating Report for the Month of April, 2003 |
| 8/11/2003 | 376 | Monthly Operating Report for the Month of May, 2003 |
| 8/12/2003 | 377 | Monthly Operating Report for the Month of June, 2003 |
| 8/19/2003 | 381 | Monthly Operating Report for the Month of July, 2003 |
| 9/15/2003 | 392 | Monthly Operating Report for the Month of August, 2003 |
| 10/23/2003 | 403 | Monthly Operating Report for the Month of September, 2003 |
| 11/19/2003 | 408 | Monthly Operating Report for the Month of October, 2003 |
| 12/24/2003 | 417 | Monthly Operating Report for the Month of November, 2003 |
| 1/27/2004 | 421 | Monthly Operating Report for the Month of December, 2003 |
| 3/11/2004 | 430 | Monthly Operating Report for the Month of January, 2004 |

| | | |
|---|---|---|
| 4/7/2004 | 433 | Monthly Operating Report for the Month of February, 2004 |
| 4/20/2004 | 441 | Monthly Operating Report for the Month of March, 2004 |
| 7/12/2004 | 455 | Monthly Operating Report for the Month of April, 2004 |
| 7/12/2004 | 456 | Monthly Operating Report for the Month of May, 2004 |
| 8/2/2004 | 462 | Monthly Operating Report for the Month of June, 2004 |
| 8/23/2004 | 472 | Monthly Operating Report for the Month of July, 2004 |
| 9/22/2004 | 478 | Monthly Operating Report for the Month of August, 2004 |
| 10/26/2004 | 486 | Monthly Operating Report for the Month of September, 2004 |
| 11/30/2004 | 496 | Monthly Operating Report for the Month of October, 2004 |
| 1/5/2005 | 499 | Monthly Operating Report for the Month of November, 2004 |
| 2/9/2005 | 500 | Monthly Operating Report for the Month of December, 2004 |
| 3/8/2005 | 510 | Monthly Operating Report for the Month of January, 2005 |
| 4/28/2005 | 513 | Monthly Operating Report for the Month of February, 2005 |
| 5/17/2005 | 516 | Monthly Operating Report for the Month of March, 2005 |
| 7/6/2005 | 518 | Monthly Operating Report for the Month of April, 2005 |

| | | |
|---|---|---|
| 7/6/2005 | 519 | Monthly Operating Report for the Month of May, 2005 |
| 8/10/2005 | 530 | Monthly Operating Report for the Month of June, 2005 |
| 10/3/2005 | 553 | Monthly Operating Report for the Month of July, 2005 |
| 10/3/2005 | 554 | Monthly Operating Report for the Month of August, 2005 |
| 10/27/2005 | 567 | Monthly Operating Report for the Month of September, 2005 |
| 11/28/2005 | 577 | Monthly Operating Report for the Month of October, 2005 |
| 1/3/2006 | 584 | Monthly Operating Report for the Month of November, 2005 |
| 1/27/2006 | 589 | Monthly Operating Report for the Month of December, 2005 |
| 2/13/2006 | 593 | Monthly Operating Report for the Month of January, 2006 |
| 3/17/2006 | 605 | Monthly Operating Report for the Month of February, 2006 |
| 4/12/2006 | 609 | Monthly Operating Report for the Month of March, 2006 |
| 5/22/2006 | 614 | Monthly Operating Report for the Month of April, 2006 |
| 6/16/2006 | 622 | Monthly Operating Report for the Month of May, 2006 |
| 7/18/2006 | 635 | Monthly Operating Report for the Month of June, 2006 |
| 8/28/2006 | 636 | Monthly Operating Report for the Month of July, 2006 |

| 9/27/2006 | 637 | Monthly Operating Report for the Month of August, 2006 |
| 10/31/2006 | 639 | Monthly Operating Report for the Month of September, 2006 |

**B.**   **Statement of Issue to be Presented**

Did the Bankruptcy Court commit reversible error in denying the motion of the Chapter 11 Trustee (i) authorizing and approving a stipulation settling and compromising all claims between the Debtors' estates and the secured creditors [Appellants], (ii) authorizing the distribution in respect of the secured creditors' allowed claims, and (iii) authorizing dismissal of the Debtors' chapter 11 cases?

Dated: New York, New York
      May 12, 2008

             DUVAL & STACHENFELD LLP
             Counsel for Palladin Overseas Fund Ltd., Halifax
             Fund, L.P., Palladin Partners I, L.P., Hatteras
             Partners, L.P., and Spectrum Investment Partners, LP

             By:     /s/ Kirk L. Brett
                    Kirk L. Brett (KB-1288)
             300 East 42nd Street, Third Floor
             New York, New York 10017
             Telephone: (212) 883-1700

             KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
             Counsel to Elliott International, L.P. and Elliott
             Associates, L.P.

             By:     /s/ David Parker
                    David Parker (DP-1075)
             551 Fifth Avenue
             New York, New York  10176
             Telephone: (212) 986-6000