UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :
                                                   :   Chapter 11
APPLIEDTHEORY CORPORATION,                         :
et al.,                                            :   Bankr. Ct. No. 02-11868 (REG)
                                                   :
                       Debtors.                    :
------------------------------------------------------------x
PALLADIN OVERSEAS FUND LTD.,                       :
HALIFAX FUND, L.P.,                                :
PALLADIN PARTNERS I, L.P.,                         :
HATTERAS PARTNERS, L.P.,                           :
SPECTRUM INVESTMENT PARTNERS,                      :   Bankruptcy Appeal
LP, ELLIOTT INTERNATIONAL, L.P.,                   :
and ELLIOTT ASSOCIATES, L.P.,                      :
                                                   :
                       Appellants,                 :
                                                   :
       v.                                          :   Case No. 08-CV-04959 (BSJ)
                                                   :
OFFICIAL COMMITTEE OF                              :
UNSECURED CREDITORS OF                             :
APPLIEDTHEORY CORPORATION,                         :
                                                   :
                       Appellee.                   :
------------------------------------------------------------x

## STIPULATION AND SCHEDULING ORDER

**WHEREAS**, the Clerk of the Court docketed the above-captioned appeal of a certain bench decision and order of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on May 29, 2008; and

**WHEREAS**, the following were listed as parties to this appeal: (A) Palladin Overseas Fund Ltd., Halifax Fund, L.P., Palladin Partners I, L.P., Hatteras Partners, L.P., Spectrum Investment Partners, LP, Elliott International, L.P. and Elliott Associates, L.P. (collectively, "Appellants"); (B) Official Committee of Unsecured Creditors of AppliedTheory

NY1 120583v1 05/29/08



Corporation, et al. ("Appellee"); and (C) Yann Geron, the Chapter 11 Trustee of AppliedTheory Corporation, et al. (the "Trustee") (collectively, the "Parties"); and

WHEREAS, pursuant to Fed. R. Bankr. P. 8009, the following deadlines apply to this appeal:

| Description | Deadline |
| --- | --- |
| Appellants' Brief Due | June 13, 2008 |
| Appellee's Brief Due | June 30, 2008 |
| Appellants' Reply Brief Due | July 10, 2008 |

; and

WHEREAS, the Parties have agreed in principle to a settlement which would resolve all the issues addressed in this appeal and render it moot (the "Proposed Settlement"); and

WHEREAS, the Parties are currently in the process of coming to formal terms on the Proposed Settlement, after which the Proposed Settlement will have to be approved by the Bankruptcy Court on notice to all parties in the bankruptcy case; and

WHEREAS, the Parties believe that an extension of all current deadlines in this appeal is warranted given the nature of the Proposed Settlement and the likelihood that this appeal will be rendered moot upon the Bankruptcy Court's approval of the Proposed Settlement;

*NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS*:

1. The following deadlines will apply to this appeal:

| Description | Deadline |
| --- | --- |
| Appellants' Brief Due | August 8, 2008 |
| Appellee's Brief Due | Twenty-one (21) days after |

2

NY1 120583v1 05/29/08

|  | Appellants' Brief is Filed |
|---|---|
| Appellants' Reply Brief Due | Ten (10) days after Appellee's Brief is Filed |

2. The foregoing deadlines are without prejudice to any or all of the Parties' rights to request additional extensions for cause shown.

3. This Stipulation may be executed by facsimile or electronic signature and in counterparts, each of which (upon execution of a counterpart by each party), individually or taken together, shall constitute a single integrated agreement.

FOX ROTHSCHILD LLP
Counsel to the Trustee

By: _____
Yann Geron
Fred Stevens
100 Park Avenue, 15th Floor
New York, New York 10017
(212) 878-7900

ARENT FOX PLLC
Counsel to Appellees

By: _____
Andrew I. Silfen
1675 Broadway
New York, New York 10019
(212) 484-3900

DUVAL & STACHENFELD LLP
Counsel for Appellants Palladin Overseas Fund Ltd., Halifax Fund, L.P., Palladin Partners I, L.P., Hatteras Partners, L.P., Spectrum Investment Partners, LP

By: _____
Kirk L. Brett
300 East 42nd Street, Third Floor
New York, New York 10017
(212) 883-1700

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
Counsel to Appellants Elliott International, L.P. and Elliott Associates, L.P.

By: _____
David Parker
551 Fifth Avenue
New York, New York 10176
(212) 986-6000

|  | Appellants' Brief is Filed |
|---|---|
| Appellants' Reply Brief Due | Ten (10) days after Appellee's Brief is Filed |

2. The foregoing deadlines are without prejudice to any or all of the Parties' rights to request additional extensions for cause shown.

3. This Stipulation may be executed by facsimile or electronic signature and in counterparts, each of which (upon execution of a counterpart by each party), individually or taken together, shall constitute a single integrated agreement.

FOX ROTHSCHILD LLP
Counsel to the Trustee

By: _____
Yann Geron
Fred Stevens
100 Park Avenue, 15th Floor
New York, New York 10017
(212) 878-7900

ARENT FOX PLLC LLP
Counsel to Appellees

By: _____
Andrew I. Silfen
1675 Broadway
New York, New York 10019
(212) 484-3900

DUVAL & STACHENFELD LLP
Counsel for Appellants Palladin Overseas Fund Ltd., Halifax Fund, L.P., Palladin Partners I, L.P., Hatteras Partners, L.P., Spectrum Investment Partners, LP

By: _____
Kirk L. Brett
300 East 42nd Street, Third Floor
New York, New York 10017
(212) 883-1700

KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.
Counsel to Appellants Elliott International, L.P. and Elliott Associates, L.P.

By: _____
David Parker
551 Fifth Avenue
New York, New York 10176
(212) 986-6000

NY1 120583v1 05/29/08

3

SO ORDERED this 2d day of June, 2008

*Barbara S. Jones*

HONORABLE BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

NY1 120583v1 05/29/08

4